No. 85–1216.  O'CONNELL v. MARYLAND STEEL ERECTORS, INC., ET AL.  Ct. App. D. C.  Certiorari denied.

No. 85–1220.  HUGH KNOELL BUILDERS, INC. v. FIRST FEDERAL SAVINGS & LOAN ASSN.  Ct. App. Ariz.  Certiorari denied.

No. 85–1241.  LUBBOCK COUNTY, TEXAS, ET AL. v. STEWART ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 85–1258.  BROWN ET AL. v. KERR-MCGEE CHEMICAL CORP.  C. A. 7th Cir.  Certiorari denied.

No. 85–1330.  WILLIAMS ROCK MINING CO., INC. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 85–5623.  WOLFE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 85–5879.  UNGAR v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 85–6037.  AMES v. NEW YORK STATE DIVISION OF PAROLE.  C. A. 2d Cir.  Certiorari denied.

No. 85–6120.  POWELL v. DUGGER, SUPERINTENDENT, FLORIDA STATE PRISON.  C. A. 11th Cir.  Certiorari denied.

No. 85–6151.  GIRDNER v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 85–6186.  TUCKER ET AL. v. MASCHNER, WARDEN, ET AL.  Sup. Ct. Kan.  Certiorari denied.

No. 85–6192.  TAYLOR v. BOOKER, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 85–6194.  RODMAN v. REED ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 85–6196.  PARKER v. CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.